IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laura A. Weishew<br>*aka* Laura McGowan-Weishew<br>*aka* Laura M. Weishew | CHAPTER 13<br><br>CASE NO. 13-17077-elf |
| PNC Bank, National Association<br>          Movant<br>   vs.<br>Laura A. Weishew<br>*aka* Laura McGowan-Weishew<br>*aka* Laura M. Weishew<br>          Debtor(s)<br>     and<br>Terry P. Dershaw, Esquire<br>          Trustee | **HEARING DATE: 11/21/2013**<br>**TIME: 10:00 AM**<br>**LOCATION:  Court Room # 1** |

RESPONDENTS

**ORDER MODIFYING AUTOMATIC STAY**

     **AND NOW**, this _____ day of _____, 20_____, upon Motion of PNC Bank, National Association for Relief from Automatic Stay, it is

   **ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to premises:

      208 Chestnut Street
      Newtown Square, PA  19073

as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

                                                                                                                                     _____
                                                                                                                                   Bankruptcy Judge

cc.    Salvatore Carollo, Esquire
        UDREN LAW OFFICES, P.C.

Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620

Terry P. Dershaw, Trustee
Dershaw Law  Offices
P.O. Box 556
Warminster, PA  18974-0632

Wayne R. Cromie, Esquire
Attorney At Law
401 West Johnson Highway
East Norriton, PA 19401

Laura A. Weishew
*aka* Laura McGowan-Weishew
*aka* Laura M. Weishew
208 Chestnut Street
Newtown  Square, PA 19073