IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laura A. Weishew<br>*aka* Laura McGowan-Weishew<br>*aka* Laura M. Weishew | CHAPTER 13<br><br>CASE NO. 13-17077-elf |
| PNC Bank, National Association<br>         Movant<br>    vs.<br>Laura A. Weishew<br>*aka* Laura McGowan-Weishew<br>*aka* Laura M. Weishew<br>         Debtor(s)<br>    and<br>Terry P. Dershaw, Esquire<br>         Trustee | **HEARING DATE: 11/21/2013**<br>**TIME: 10:00 AM**<br>**LOCATION:  Court Room # 1** |

## CERTIFICATE OF SERVICE

   I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Motion of Movant above for Relief from Automatic Stay, attached Request for Admissions, and Notice of Motion, Response Deadline and Hearing Date, by First Class mail.[*]

**Date Served: October 28, 2013**

**Persons Served:**

| | |
|---|---|
| Chapter 13 Trustee: | Terry P. Dershaw<br>Dershaw Law  Offices<br>P.O. Box 556<br>Warminster, PA  18974-0632 |
| Debtor's Attorney: | Wayne R. Cromie, Esquire<br>Attorney At Law<br>401 West Johnson Highway<br>East Norriton, PA 19401 |
| Debtor(s): | Laura A. Weishew<br>*aka* Laura McGowan-Weishew |

   [*]Parties served by the court via ECF electronic notification are not also being served by regular mail.

*aka* Laura M. Weishew
208 Chestnut Street
Newtown Square, PA 19073

By:   /s/ Salvatore Carollo
Salvatore Carollo, Esquire
UDREN LAW OFFICES, P.C.
Attorneys for Movant
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620
(856) 669-5400